83,668-01

Mailed on 9/1/15

Gilberto Gomez #1866723 D4-26

C.T. Terrell Unit

1300 FM 655

Rosharon, TX. 77583

~~Dew B Post~~ Court of Crim. App. of TX.

Abel Acosta, Clerk

P.O. Box 12308

Capital Station

Austin, TX. 78711        RE: Confirmation of mail and need copies

Dear Mr. Acosta,

I am asking for copies of my 11.07(a) which should have been transmitted on July 30th, 2015 by Navarro County Courthouse. I need copies of the following: 11.07, D.A.'s findings on 11.07, Judge's conclusions and any other documents transmitted on or about this day 7/30/2015. If you cannot provide these documents for free I want to know the cost of these documents if you need to charge me for copies. On Case #D34882-CR and Writ# 83,668-001. Additionally, may I please obtain confirmation of all recent documents sent including motion to ammend memorandum of law and to reconsider and ask for status, please.

Regards,

Gilberto Gomez #186673

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk

Gilberto Gomez #1866723 D4-26
CT. Terrel Unit
1300 FM 655
Rosharan, TX. 77583

Joshua B. Tarrett, District Clerk
Navarro County Courthouse
P.O. Box 1439
Corsicana, TX. 75151-1439

RE: 11.07 Notice of Request for copy of 11.07 w/file-stamped date - copy req.
Also sent to C.C.A. - Case# D34882-CR  Writ# 83,668-001

DEAR CLERK,

I am sending you this 2nd request for the court to send me copies/file-stamp date regarding my 11.07 that was sent out on June 12th, 2015. Along with motions for hearing, appointment of counsel, and amend to 11.07.

1) You never sent me a copy of the 11.07 habeas corpus with the file-stamped SASE I had attached, I was never notified of the processing of 11.07 so I was not able to amend 11.07 w/facts of memorandum of law as requested.

2) Never received denied or approved motions for appt. of attorney, amend of 11.07, only received hearing en banc motion.

3) Second request for a copy of this 11.07 file-stamped I had sent, in my SASE envelope, as well response to motions of appointment of attorney and amendment 11.07 and file-stamped date copies.

I respectfully submit and wait for a response to my request.

REGARDS,
Gilberto Gomez #1866723

Cc: Copy of this document will be sent to C.C.A